# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL GAZDA | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:12–CV–11644–RGS |
| APEX CAPITAL SOLUTIONS, LLC, ET AL. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Apex Capital Solutions, LLC
3221 Southwestern Blvd
Suite 120
Orchard Park, NY 14217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

> Attorney Kevin Crick, Esq.
> Consumer Rights Law Firm, PLLC
> 300 Brickstone Square, Suite 902
> Andover, MA 01810

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SARAH ALLISON THORNTON
*CLERK OF COURT*

/s/ – Clarilde M Geraldino–Karasek
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2012–09–04 17:09:07.0, Clerk USDC DMA

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DOCUMENTS SERVED WITH INDEX # 1:12-CV-11644-RG AND FILED ON
ATTORNEY(S): Kear Attorney Service,

**MICHAEL GAZDA** — Plaintiff
vs
**APEX CAPITAL SOLUTIONS, LLC, ET AL** — Defendant

STATE OF NEW YORK: COUNTY OF ALBANY COUNTY, SS.:

_James Perone_, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on _October 10, 2012_ at _10:37am_ at _C/O BUSINESS FILINGS INC., 187 WOOLF RD, SUITE 101, ALBANY NY_ deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT**

on: **APEX CAPITAL SOLUTIONS, LLC** ' Defendant (herein called recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering to and leaving with said_____ a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT

**CORPORATION B [x]** By delivering to and leaving with _Marcy Canaday_ at _187 Wolf Rd, Albany NY_ and that deponent knew the person so served to be the _Authorized Agent_ of the corporation. Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:

**SUITABLE AGE PERSON C [ ]** By delivering a true copy thereof to and leaving with_____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents [ ] dwelling place (usual place of abode) [ ] actual place of business within the State of New York.

**AFFIXING TO DOOR D [ ]** By affixing a true copy thereof to the door of said premises, the same being the defendant's [ ] dwelling house (usual place of abode) [ ] actual place of business within the State of New York.

**MAILING TO RESIDENCE (use with C or D) E1 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on _____

**MAILING TO BUSINESS (use with C or D) E2 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on_____

**PREVIOUS ATTEMPTS (use with D) F [ ]** Deponent had previously attempted to serve the above named defendant/respondent
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Day _____ Date _____ Time _____
Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G [x]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION Use with A, B, C & D** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age _48_ Approximate weight _180_ Approximate height _5'9_ Sex _Female_
Color of skin _White_ Color of hair _Brown_ Other _____

**MILITARY SERVICE [ ]** Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H [ ]** After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: [ ] Not known at address [ ] Address does not exist [ ] Evading [ ] Moved left no forwarding [ ] Other

**WIT. FEES [ ]** $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this _10th_ day of _October, 2012_

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2015

_James Perone_
James Perone
Attny's File No.
Invoice·Work Order # SP1211578